IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID YADIRA AMARANTO GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 24-cv-07948-MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY SUMMARY JUDGMENT BRIEFING** |

Before the Court is defendant's Motion, filed January 30, 2025, "for a Stay of Summary Judgment Briefing Pending Decision on Motion to Dismiss for Improper Joinder" (hereinafter, "Motion to Stay").

Pursuant to the Civil Local Rules of this District, opposition to the Motion to Stay is not due until February 13, 2025, see Civil L.R. 7-3(a) (providing "opposition must be filed and served not more than 14 days after the motion was filed"), which date is more than a week after February 5, 2025, the date defendant's opposition to plaintiffs' motion for summary judgment is due.[1]

Under the circumstances, the Court sets the following briefing schedule:

1. No later than February 4, 2025, by 4:00 p.m., plaintiffs shall file any response to the Motion to Stay.

2. As of 4:00 p.m. on February 4, 2025, the Court will take the Motion to Stay under submission.

**IT IS SO ORDERED.**

Dated: January 31, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiffs' motion for summary judgment was filed January 22, 2025.